IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE WALKER-EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 03-0570-BH-M |
| ) | |
| NAPHCARE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion for Leave to Amend (Doc. 54) be and is hereby **DENIED**.

**DONE** this 20th day of June, 2005.

                                        s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE