```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

WAYNE WALKER-EL,                 :

    Plaintiff,               :

vs.                              :       CIVIL ACTION 03-0570-BH-M

NAPHCARE MEDICAL SERVICES,       :
INC., et al.,
                                 :
    Defendants.


**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is ORDERED that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE** this 1st day of June, 2006.

                                                   s/ W. B. Hand
                                                 SENIOR DISTRICT JUDGE